No. 600. THE ÆTNA INDEMNITY COMPANY, PETITIONER, v. CITY OF HAVERHILL. March 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for

the First Circuit denied. *Mr. T. Tileston Wells* for petitioner. *Mr. John J. Winn* for respondent.

---

